EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

RACHEL S. MORIYAMA   3802
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail:  Rachel.Moriyama@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LORI L. PAAKAULA, ) | CIVIL NO. 04-00071 SPK-LEK |
| ) | |
| Plaintiff, ) | DEFENDANT'S EX PARTE MOTION |
| ) | FOR LEAVE TO FILE LATE |
| vs. ) | DISPOSITIVE MOTION AND TO |
| ) | SHORTEN TIME FOR HEARING |
| JOHN E. POTTER, in his ) | AND/OR TO CONTINUE TRIAL DATE; |
| official capacity as the ) | DECLARATION OF RACHEL S. |
| Postmaster General of the ) | MORIYAMA |
| United States Postal Service, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| _____) | |

DEFENDANT'S EX PARTE MOTION FOR LEAVE TO
FILE LATE DISPOSITIVE MOTION AND
TO SHORTEN TIME FOR HEARING AND/OR TO CONTINUE TRIAL DATE

Defendant Postmaster General of the United States Postal Service, by and through his undersigned attorneys, respectfully requests that this Court enter an order (1) to permit Defendant to file its untimely Motion to Dismiss Complaint and/or for Entry of Summary Judgment (hereinafter the "Motion to

Dismiss"), which has been lodged contemporaneously with this <u>ex parte</u> motion for the Court's review and consideration; and (2) to shorten the time to hear Defendant's Motion to Dismiss in light of the current March 14, 2006 trial date and/or to continue the trial date to afford the Court and the parties with sufficient time to fully brief, argue and decide the Defendant's Motion to Dismiss.

      This motion is brought pursuant to LR 6.2 and LR 7.3, and is based upon the attached Declaration of Rachel S. Moriyama and the pleadings and records filed herein.

      Dated: January 27, 2006, at Honolulu, Hawaii.

                          EDWARD H. KUBO, JR.
                          United States Attorney
                          District of Hawaii

                          /s/ Rachel S. Moriyama

                          By_____
                            RACHEL S. MORIYAMA
                            Assistant U.S. Attorney

                          Attorneys for Defendant