EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

RACHEL S. MORIYAMA   3802
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Rachel.Moriyama@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LORI L. PAAKAULA, | ) | CIVIL NO. 04-00071 SPK-LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION TO DISMISS |
| | ) | COMPLAINT AND/OR FOR SUMMARY |
| vs. | ) | JUDGMENT; TABLE OF CONTENTS; |
| | ) | TABLE OF AUTHORITIES; |
| JOHN E. POTTER, in his | ) | MEMORANDUM IN SUPPORT OF |
| official capacity as the | ) | DEFENDANTS' MOTION TO DISMISS |
| Postmaster General of the | ) | COMPLAINT AND/OR FOR SUMMARY |
| United States Postal Service, | ) | JUDGMENT; DECLARATION OF ALAN |
| | ) | Y. UENO; EXHIBITS "A"-"D"; |
| Defendant. | ) | DECLARATION OF RACHEL S. |
| | ) | MORIYAMA; EXHIBITS "E"-"F"; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | |
| _____ | ) | |

DEFENDANT'S MOTION TO DISMISS
COMPLAINT AND/OR FOR SUMMARY JUDGMENT

Comes now Defendant Postmaster General, by and through his undersigned attorneys, and move this Court for an order dismissing the Complaint and/or granting summary judgment in favor of Defendant. On January 30, 2004, Plaintiff Lori Paakaula filed the instant employment discrimination Complaint seeking

declaratory and injunctive relief, back-pay and compensatory damages from the United States Postal Service (USPS) based on alleged mental disability discrimination and/or retaliation.

Because Plaintiff has filed a claim for, and received, full workers' compensation benefits under the Federal Employees Compensation Act ("FECA") for the same claimed on-the-job injury, this Court must dismiss the Complaint and/or enter summary judgment in favor of Defendant because FECA provides the <u>exclusive</u> remedy for the disability or death of a federal employee resulting from personal injury sustained on the job. Alternatively, because the United States Department of Labor, through its Office of Workers Compensation Program, already has awarded Plaintiff back pay and other benefits, the Court must dismiss this case and/or enter summary judgment on grounds of mootness. Finally, this Court must dismiss or enter summary judgment on Plaintiff's retaliation claim for failure to state a claim upon which relief can be granted and/or enter summary judgment in favor of Defendant as a matter of law because Plaintiff cannot establish a <u>prima facie</u> case for retaliation.

This motion is brought pursuant to Rules 12(b)(1), 12(b)(6), and 56 of the Federal Rules of Civil Procedure, and is

based upon the attached memorandum, declarations, exhibits and the record herein.

DATED: January 27, 2006, at Honolulu, Hawaii.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>/s/ Rachel S. Moriyama
>
>By_____
>  RACHEL S. MORIYAMA
>  Assistant U.S. Attorney
>
>Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LORI L. PAAKAULA, | ) CIVIL NO. 04-00071 SPK-LEK |
| ) | |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| ) | |
| vs. | ) |
| ) | |
| JOHN E. POTTER, in his official capacity as the Postmaster General of the United States Postal Service, | ) ) ) ) |
| ) | |
| Defendant. | ) |
| | ) |

CERTIFICATE OF SERVICE

      I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

      Served Electronically through CM/ECF:

      Clayton C. Ikei, Esq.      January 27, 2006
      CCIOffice@hawaii.rr.com

      Served by First Class Mail:

      Jerry P.S. Chang      January 27, 2006
      1440 Kapiolani Blvd., Suite 1203
      Honolulu, Hawaii 96814

      DATED:  January 27, 2006, at Honolulu, Hawaii.

      /s/ Jan Yoneda