TABLE OF CONTENTS

PAGE(S)

I.   STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . 2

     A.   The 1993 Incident/FECA Claim #1 . . . . . . . . . . . 3

     B.   The 1999 Incident/FECA Claim #2 . . . . . . . . . . . 4

     C.   The Current Claims/FECA Claim #3 . . . . . . . . . . 5

II.  ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . 8

     A.   Legal Standards . . . . . . . . . . . . . . . . . . . 8

          1.   The Standard for a Motion to Dismiss . . . . . . 8

          2.   The Summary Judgment Standard . . . . . . . . . 9

     B.   The Court Must Dismiss The Complaint or
          Enter Summary Judgment for Defendant Based
          Upon FECA's Exclusivity Provisions . . . . . . . . 11

     C.   Defendant's Motion Should Be Granted Based On
          Mootness . . . . . . . . . . . . . . . . . . . . . 14

     D.   The Court Must Dismiss Plaintiff's
          Retaliation Claim And/Or Enter Summary
          Judgment In Favor Of Defendant . . . . . . . . . . 16

III. CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . 18