TABLE OF AUTHORITIES

FEDERAL CASES                                                    PAGE(S)

Alexander v. Frank, 777 F.Supp. 516 (N.D. Tex 1991) .......... 13

American Rivers v. National Marine Fisheries Service,
     126 F.3d 1118 (9th Cir. 1997) ........................... 16

Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986) .......... 9

Arizonans for Official English v. Arizona, 520 U.S. 43
     (1997) .................................................. 15

Balistreri v. Pacifica Police Department, 901 F.2d 696
     (9th Cir. 1988) ......................................... 9

Billingsley v. C.I.R., 868 F.2d 1081 (9th Cir. 1989) .......... 8

Black v. Frank, 730 F.Supp. 1087 (S.D. Ala. 1990) ............ 13

British Airways Board v. Boeing Co., 585 F.2d 946
     (9th Cir. 1978) ......................................... 10

Brown v. City of Tucson, 336 F.3d 1181 (9th Cir. 2003) ....... 17

Cantrell v. City of Long Beach, 241 F.3d 674
     (9th Cir. 2001) ..................................... 15, 16

Celotex Corp. v. Catrett, 477 U.S. 317 (1986) ............. 9, 10

Church of Scientology v. United States, 506 U.S. 9 (1992) .... 15

Conley v. Gibson, 355 U.S. 41 (1957) .......................... 8

Coons v. Secretary of U.S. Department of Treasury,
     383 F.3d 879 (9th Cir. 2004) ............................ 17

County of Los Angeles v. Davis, 440 U.S. 625 (1979) .......... 15

In re Daou Systems, Inc. Securities Litigation,
     397 F.3d 704 (9th Cir. 2005) ............................. 8

Eisenberg v. Insurance Co. of North America,
    815 F.2d 1285 (9th Cir. 1987) .............................. 9

Figueroa v. United States, 7 F.3d 1405, cert. denied,
    511 U.S. 1030 (1994) ..................................... 13

Forest Guardians v. United States Forest Service,
    329 F.3d 1089 (9th Cir. 2003) ............................ 16

Foster v. Carson, 347 F.3d 742 (9th Cir. 2003) ............... 15

Lockheed Aircraft Corp. v. United States, 460 U.S. 190
    (1983) ................................................... 12

Matsushita Electric Industrial Co. Ltd. v. Zenith
    Radio Corp., 475 U.S. 574 (1986) ......................... 11

Moore v. City of Costa Mesa, 886 F.2d 260, cert. denied,
    496 U.S. 906 (1990) ....................................... 9

Nome Eskimo Cmty. v. Babbitt, 67 F.3d 813 (9th Cir.
    1995) .................................................... 16

O'Connor v. Consolidated Coin Caterers Corp.,
    517 U.S. 308 (1986) ...................................... 17

Rodrigues v. Donovan, 769 F.2d 1344 (9th Cir. 1985) .......... 12

SEC v. Medical Committee for Human Rights, 404 U.S. 403
    (1972) ................................................... 15

Scott v. Breeland, 792 F.2d 925 (9th Cir. 1986) ............... 8

Steffel v. Thompson, 415 U.S. 452 (1974) ..................... 15

Stubler v. Runyon, 892 F.Supp. 228 aff'd, 56 F.3d 69
    (8th Cir. 1995) .......................................... 13

T.W. Electric Service, Inc. v. Pacific Electric
    Contractors Association, 809 F.2d 626 (9th Cir.
    1987) ................................................ 9, 10

United States ex rel. Anderson v. Northern Telecom,
    Inc., 52 F.3d 810 (9th Cir. 1995) ........................ 11

United Steelworkers of America v. Phelps Dodge Corp.,
    865 F.2d 1539(en banc), cert. denied, 493 U.S. 809
    (1989) .............................................. 11

In re VeriFone Securities Litigation, 11 F.3d 865
    (9th Cir. 1993) ...................................... 8

Western Mining Council v. Watt, 643 F.2d 618,
    cert. denied, 429 U.S. 1031 (1981) ................... 8

FEDERAL STATUTES

5 U.S.C. § 8102(a) ....................................... 11, 12

5 U.S.C. § 8116(c) ....................................... 12

5 U.S.C. § 8145 .......................................... 12

5 U.S.C. § 8128(b)(1) .................................... 12

20 C.F.R. § 10.1 ......................................... 11

Fed. R. Civ. P. 12(b) .................................... 8

Fed. R. Civ. P. 56(c) .................................... 9

U.S. Const. art. III, § 2 ................................ 14