# Exhibit "A"
### (to Declaration of Alan Y. Ueno)

# Notice of Occupational Disease and Claim for Compensation

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs



Employee: Please complete all boxes 1 - 18 below. Do not complete shaded areas.
Employing Agency (Supervisor or Compensation Specialist): Complete shaded boxes a, b, and c.

1. Name of employee (Last, First, Middle): **Paakaula, Lori, L**
2. Social Security Number: **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**
3. Date of birth (Mo. Day Yr.): **8 16 61**
4. Sex: **F**
5. Home telephone: **(808) 387-2935**
6. Grade as of date of last exposure: Level **5** Step **O**
7. Employee's home mailing address (include city, state, and ZIP Code): **86-050 Hoaha St, Waianae, HI 96792**
8. Dependents: [X] Children under 18 years
9. Employee's occupation: **U.S. Postal Service (Clerk)**
10. Location (address) where you worked when disease or illness occurred (include city, state, and ZIP Code): **3600 Aolele St, Honolulu, HI 96820**
11. Date you first became aware of disease or illness (Mo. Day Yr.): **9 5 02**
12. Date you first realized the disease or illness was caused or aggravated by your employment (Mo. Day Yr.): **9 5 02**
13. Explain the relationship to your employment, and why you came to this realization: **See Attached**
14. Nature of disease or illness: **Post Traumatic Stress Disorder (PTSD)**
15. If this notice and claim was not filed with the employing agency within 30 days after date shown above in item #12, explain the reason for the delay: **See attached**
16. If the statement requested in item 1 of the attached instructions is not submitted with this form, explain reason for delay: **On Going**
17. If the medical reports requested in item 2 of attached instructions are not submitted with this form, explain reason for delay.

**5370196**

18. I certify, under penalty of law, that the disease or illness described above was the result of my employment with the United States Government, and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and other benefits provided by the Federal Employees' Compensation Act.

I hereby authorize any physician or hospital (or any other person, institution, corporation, or government agency) to furnish any desired information to the U.S. Department of Labor, Office of Workers' Compensation Programs (or to its official representative). This authorization also permits any official representative of the Office to examine and to copy any records concerning me.

Signature of employee or person acting on his/her behalf: **Lori A. Paakaula**   Date: **10/5/02**

Have your supervisor complete the receipt attached to this form and return it to you for your records.

Any person who knowingly makes any false statement, misrepresentation, concealment of fact or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both.

For sale by the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402     Form CA-2

EXHIBIT "A"

ficial Supervisor's Report of Occupational Disease: Please complete information requested below
pervisor's Report

| Agency name and address of reporting office (include city, state, and ZIP Code) | OWCP Agency Code |
|---|---|
| U.S. Postal Service | 5895 |
| 3600 Aolele St. | OSHA Site Code |
| Honolulu, HI 96820 - ZIP Code | |

Employee's duty station (Street address and ZIP Code)     ZIP Code
3600 Aolele St. Honolulu, HI 96820

| Regular work hours From: 7:30 ☒a.m. ☐p.m. To: 16:00 ☐a.m. ☒p.m. | 22. Regular work schedule ☐Sun. ☒Mon. ☐Tues. ☒Wed. ☒Thurs. ☒Fri. ☒Sat. |
|---|---|

| Name and address of physician first providing medical care | 24. First date medical care received Mo./Day/Yr. ? |
|---|---|
| ? | 25. Do medical reports show employee is disabled for work? ☐Yes ☐No |

| Date employee first reported condition to supervisor | Mo. 10 Day 7 Yr. 02 | 27. Date and hour employee stopped work | Still Working | ☐a.m. ☐p.m. |
| Date and hour employee's pay stopped | | 29. Date employee was last exposed to conditions alleged to have caused disease or illness | | |
| Date returned to work | did not stop | | ☐a.m. ☐p.m. | |

If employee has returned to work and work assignment has changed, describe new duties

Employee's Retirement Coverage   ☐CSRS  ☒FERS  ☐Other (Specify)

| Was injury caused by third party? ☐Yes ☒No If "No," go to Item 35. | 34. Name and address of third party (include city, state, and ZIP Code) |
|---|---|

Signature of Supervisor

35. A supervisor who knowingly certifies to any false statement, misrepresentation, concealment of fact, etc., in respect to this claim may also be subject to appropriate felony criminal prosecution.

I certify that the information given above and that furnished by the employee on the reverse of this form is true to the best of my knowledge with the following exception:

Name of Supervisor (Type or print): WAYNE H TAKAHASHI
Signature of Supervisor: Wayne H Takahashi
Date: 10/7/02
Supervisor's Title: Supervisor Distribution Operations
Office phone: 423-3819

5370197

Form CA-2