# Exhibit "C"
(to Declaration of Alan Y. Ueno)

File Number: 132063616
RECONVACATE-D-

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMPENSATION PROGRAMS
PO BOX 8300     DISTRICT 13
LONDON  KY  40742-8300
Phone: (415) 848-6700

December 23, 2003

Date of Injury: 09/05/2002
Employee:     Lori Paakaula

LORI L. PAAKAULA
86-050 HOAHA ST
WAIANAE, HI 96792

Dear Ms. Paakaula:

This concerns your compensation case and your request for reconsideration received 9/29/03.

We have evaluated the evidence submitted in support of your request for review.  Your case has been reviewed on its merits under Title 5, United States Code, Section 8128, in relation to your application including supporting evidence.  It is determined that you were exposed to Mr. and Mrs. Lau at least three times during the period 6/29/02 - 10/17/02 when assigned to work area PL 250, as indicated by witness statements from two coworkers, Denis J. Portera and Keith Kawagoe.  This exposure was contrary to work limitations provided for you after the accepted work injury of 7/20/93, accepted for post-traumatic stress disorder, after which you returned to modified work 8/31/93, with no exposure to Mr. and Mrs. Lau.  The reasons for this decision are that the two witness statements are sufficient evidence to establish that you were in fact exposed several times to Mr. and Mrs. Lau during the time period indicated above.

Therefore, the decision dated 4/7/03 and 6/3/03 is vacated and your case is accepted for panic disorder  ICD-9 300.01.  See the enclosed letter of acceptance with instructions.  However, since the CA-7 on file does not have the employer's part completed, no payments can be processed at this time.

Sincerely,

*[signature]*

Diana Bigham
Reconsideration Examiner

US POSTAL SERVICE
HONOLULU MGT SECT CNTR
ATTN: INJURY COMP SUPERVISOR
3600 AOLELE STREET
HONOLULU, HI 96820

EXHIBIT "C"

File Number: 132063616
1008-D-AC

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMPENSATION PROGRAMS
PO BOX 8300    DISTRICT 13
LONDON KY 40742-8300
Phone: (415) 848-6700

December 23, 2003

Date of Injury: 09/05/2002
Employee:    Lori Paakaula

LORI L. PAAKAULA
86-050 HOAHA ST
WAIANAE, HI 96792

Dear Ms. Paakaula:

This is to notify you that your claim has been accepted for:
Diagnosed condition(s) and ICD-9 code(s):    **panic disorder ICD-9 300.01**

If your injury results in lost time from work, you may claim disability compensation using Form CA-7. Please refer to the attachment entitled "Now That Your Claim Has Been Accepted."

If you have not been released to full duty, have your treating physician provide a medical report that includes appropriate work restrictions and a statement as to when you will be released back to full duty without restrictions.

**Take this letter to your physician and/or medical provider for their review and proof of coverage.**

**TO EMPLOYER: IF A FORM CA-7 CLAIMING COMPENSATION FOR WAGE LOSS IS FILED, YOU ARE REMINDED THAT 20 C.F.R. 10.111(c) REQUIRES SUBMISSION OF FORM CA-7 WITHIN 5 WORKING DAYS. PLEASE ALSO SEND A COPY OF THE POSITION DESCRIPTION (INCLUDING PHYSICAL REQUIREMENTS) FOR THE JOB HELD BY THE EMPLOYEE ON THE DATE OF INJURY.**

If you have any questions regarding your claim you may contact the Office at the above address. Automated information regarding compensation payments is available 24 hours per day by phoning 1-866-OWCP IVR (1-866-692-7487). All medical providers should call 1-866-335-8319 for any and all requests for authorization. For all inquiries regarding any and all bills, including claimant reimbursements, contact 1-866-335-8319.

Sincerely,

*Diana Bigham*
Diana Bigham
Reconsideration Examiner

Enclosure: NOW THAT YOUR CLAIM HAS BEEN ACCEPTED

US POSTAL SERVICE
HONOLULU MGT SECT CNTR
ATTN: INJURY COMP SUPERVISOR
3600 AOLELE STREET
HONOLULU, HI 96820

File Number: 132063616
1008-D-AC

File Number: 132063616
1008-D-AC

## NOW THAT YOUR CLAIM HAS BEEN ACCEPTED

This fact sheet will answer some questions that are likely to arise. It provides information about the payment of your medical bills and compensation, and about your responsibilities in returning to work. This sheet supplements the information found in Pamphlet CA-14, which was sent to you when you first filed your claim. Feel free to access the Division of Federal Employees' Compensation web site at http://www.dol.gov/esa/regs/compliance/owcp/fecacont.htm.

## MEDICAL PAYMENTS

**Your file number must appear on all bills. Bills and travel vouchers must be received within the calendar year following the year in which medical service was rendered or the claim was accepted, whichever occurs later.** Your acceptance letter describes the medical condition(s) OWCP accepts as work-related and only treatment for those conditions should be billed to the Office. The billing forms described below can be obtained on line at http://www.dol.gov/libraryforms/. You are not responsible for charges over the maximum allowed in the OWCP fee schedule. If a health benefits carrier has paid medical bills for your accepted condition, the carrier may submit complete, itemized billings to OWCP for consideration.

*-Physicians and Other Medical Providers (Except for Hospitals and Pharmacies).* Bills for your accepted condition must be submitted on the standard American Medical Association (AMA) billing form HCFA-1500, also known as OWCP-1500, to the address noted in the letterhead. The provider must itemize services for each date separately, use AMA (not state) CPT codes to describe the services performed, and provide their tax identification number (EIN). The provider must sign the form (a signature stamp may also be used).

*-Hospitals.* These bills must be submitted on Form UB-92. These bills must be fully itemized, and the admission and discharge medical summaries should also be sent.

*-Pharmacies.* These bills should be submitted electronically by your pharmacy. If this is not available, bills must be submitted on the Universal Claim Form or equivalent. The pharmacy should include the following items: the case file number, the nine-digit tax ID number, the NDC number, the prescription number, the quantity of medication prescribed, the name of the prescribing physician, and the date of purchase. Your physician's clinical notes or reports should show that the medicines prescribed were needed to treat your work-related injury. Pharmacies can obtain decisions on coverage of medications by calling 1-866-335-8319. The pharmacy will need to give your case file number, the NDC code of the medication, and the date the prescription was filled.

*-Chiropractors.* We will only pay for chiropractic treatment consisting of manual manipulation of the spine to correct an accepted work-related spinal subluxation demonstrated by x-ray, or if a medical doctor has prescribed physical therapy to be administered by a chiropractor.

*-Reimbursements.* If you have paid authorized medical expenses, you may request reimbursement by attaching Form CA-915, or a similar form, on the same required billing forms (such as HCFA-1500 or UB-82) specified above. In all cases, the medical provider's tax identification number (EIN) and proof of payment must be provided. Reimbursements are limited to the fee schedule amount.

File Number: 132063616
1008-D-AC

*-Reimbursement for Medical-Related Travel.* Travel expenses should be claimed on form OWCP-957, Medical Travel Refund Request.

## COMPENSATION PAYMENTS

*-Claims for Compensation.* Any claim for lost wages must be submitted through your employing agency on Form CA-7. Your employing agency will complete its portion of this form and forward it to the Office. In cases of intermittent wage loss, Form CA-7a is also needed.

*-Claims for Leave Buy-Back.* Reinstatement of leave is subject to the approval of your employing agency. Prior to using your personal leave to cover injury-related absences from work, you are urged to review the instructions for Form CA-7b. To claim a leave buy-back, you must file Form CA-7b through your employing agency, along with Form CA-7 and Form CA-7a.

*-Schedule Award.* A schedule award may be claimed using Form CA-7only after maximum medical improvement has been reached. A schedule award of compensation is based upon permanent loss of use of a scheduled member or function of the body due to the work-related injury.

*-Penalty.* Any person who knowingly makes any false statement, misrepresentation, concealment of fact, or any other act of fraud to obtain compensation, or who knowingly accepts compensation to which he or she is not entitled, is subject to felony criminal prosecution and may, under appropriate U.S. criminal code provisions, be punished by a fine of not more than $10,000 or imprisonment for not more than five years, or both.

## RETURNING TO WORK

You are expected to return to work (including light duty or part-time work, if available) as soon as you are able. Once you return to work, or obtain new employment, notify this office immediately. Full compensation is payable only while you are unable to perform the duties of your regular job because of your accepted employment-related condition. If you receive a compensation check which includes payment for a period you have worked, return it to us immediately to prevent an overpayment of compensation.

*-Nurse Intervention and Vocational Rehabilitation.* OWCP may assign a registered nurse or a vocational rehabilitation counselor to contact you to facilitate your recovery and return to work. OWCP may suspend or reduce your benefits if you fail to cooperate with the nurse or the vocational rehabilitation counselor.

*-Job Offers.* You are legally obligated to accept work which is within your medical restrictions. OWCP may terminate your benefits if you refuse without good cause to accept such work.

## CONTACTING THE OFFICE

The 24-hour toll-free Interactive Voice Response line (866) 692-7487 answers case-specific concerns, such as compensation payments. You can obtain information regarding medical payments, including all reimbursements, at http://owcp.dol.acs-inc.com or by calling 1-866-335-8319. If you need a medical authorization, please call 1-866-335-8319. If you write us, please put your file number on each page.