# Exhibit "D"
## (to Declaration of Alan Y. Ueno)



13-206366

January 9, 2004

Job Offer

Lori Paakaula
86-050 Hoaha St.
Waianae, HI 96792-301

Your physician indicated you are permanently restricted from having any contact with four employees who work at the Honolulu Processing and Distributing Center because you identified them as the cause of your stressful condition. Therefore, under the auspices of the Joint USDOL/USPS Rehabilitation Program, I am offering you the following position at the Sand Island Station.

Position title:  Distribution Clerk (Occ Code 2315-04XX)
Salary:  $43664 per year, plus $10916 T-COLA.
Level, Step:  No change
Work Week:  Saturday, Monday, Tuesday, Wednesday, Thursday
Days Off:  Sunday, Friday
Duty Hours:  4:00 a.m., to 12:30 p.m.
Reports to:  Supervisor, Customer Services
Comments:  Position is for incumbent only.

Your duties will consist of:

1. Distributing letters and flats. Letters are distributed by holding a comfortable amount of letters (weighing less than a pound), in your left hand and placing each into the proper slot with the right hand. Flats are cradled in the left arm and each piece is placed into the proper holdout with the right hand. The weight of the cradled flats is less than five pounds.
2. Riffle through UBBM mail and discard mail that is not entitled to further service. If "live mail" is found, place it back into the mail stream. This involves working with one piece of mail at a time and can be done while seated.
3. Push rolling equipment containing mail and distribute letter trays and sacks containing flats to each carrier route. A tray of mail weighs approximately 20# and a sack of mail about #35#.

The position is available effective 1-10-2004 and you will be given 10 days from the date of your receipt of this letter to indicate whether you accept or reject this job offer. A copy will be sent to the Office of Workers' Compensation Programs. Please be advised that your entitlement to further compensation benefits may be affected if you choose not to accept this offer.

Frank Santos
MPOO

__X__ I accept the job offered.

_____ I reject the position offered.

Lori Paakaula       1/19/04
Lori Paakaula       Date

3600 AOLELE STREET
HONOLULU, HI 96820-3643
(808) 423-3630
Fax: 423-3475

EXHIBIT "D"

1/24/04 7:48 am
fax to owcp