IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LORI L. PAAKAULA,           )<br>                             )<br>        Plaintiff,          )<br>                             )<br>    vs.                      )<br>                             )<br>JOHN E. POTTER, in his official)<br>capacity as the Postmaster   )<br>General of the United States )<br>Postal Service,              )<br>                             )<br>        Defendant.           )<br>_____) | CIVIL NO. 04-00071 SPK-LEK<br><br>DECLARATION OF RACHEL S.<br>MORIYAMA; EXHIBITS "E"-"F" |

<u>DECLARATION OF RACHEL S. MORIYAMA</u>

I, RACHEL S. MORIYAMA, declare that:

1. I am an Assistant United States Attorney for the District of Hawaii and am responsible for representing Defendant Postmaster General of the United States Postal Service in the above-entitled action.

2. I am authorized to make this declaration and I have personal knowledge of the facts alleged herein.

3. Attached hereto as Exhibit "E" is a true and accurate copy of excerpts from the deposition transcript of Lori Paakaula, including pages 1-2, 97-103 and 112, taken on November 20, 2003, in the related administrative proceeding before the Equal Employment Opportunity Commission ("EEOC").

4. Attached hereto as Exhibit "F" is a true and accurate copy of excerpts of the witness testimony of Lori Paakaula from the transcript of proceedings, including pages 1-4

and 76, taken during the hearing held on December 16, 2003, in the related administrative EEOC proceeding.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on January 27, 2006, at Honolulu, Hawaii.

                                    /s/ Rachel S. Moriyama

                                    RACHEL S. MORIYAMA