# Exhibit "E"
## (to Declaration of Rachel S. Moriyama)

```
 1           EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

 2                 SAN FRANCISCO DISTRICT OFFICE

 3                 901 MARKET STREET, SUITE 500

 4                   SAN FRANCISCO, CA 94103

 5

 6    LORI L. PAAKAULA,              )  EEOC Case No.

 7             Complainant,           )  370-2003-0241X

 8        vs.                         )  Agency No.

 9    JOHN E. POTTER, Postmaster      )  4F-968-0012-03

10    General of the U.S. Postal      )

11    Service,                        )           COPY

12             Agency.                )

13    _____)

14

15

16             DEPOSITION OF LORI L. PAAKAULA

17

18    Taken on behalf of the Agency, United States

19    Postal Service, at the Honolulu Processing and

20    Distribution Center, 3600 Aolele Street, Honolulu,

21    commencing at 10:00 a.m. on November 20, 2003,

22    pursuant to Notice.

23

24    Before:   WILLIAM T. BARTON, RPR, CSR NO. 391

25             Court Reporter, State of Hawaii
```

**EXHIBIT "E"**

POWERS & ASSOCIATES (808) 536-2001

```
 1  APPEARANCES:
 2
 3       For Agency
 4       United States Postal Service
 5           MYRNA CASTANON, ESQ.
 6           United States Postal Service
 7           Law Department, San Francisco office
 8           Embarcadero Postal Center
 9           390 Main Street, Suite 740
10           San Francisco, California 94105-5001
11           (415) 764-3600
12
13       For the Complainant
14       Lori L. Paakaula
15           JERRY P.S. CHANG, ESQ.
16           Law Office of Clayton C. Ikei
17           Pacific Guardian Tower
18           1440 Kapiolani Boulevard, Suite 1203
19           Honolulu, Hawaii 96814
20           (808) 533-3777
21
22       Also present (where indicated)
23           Alohalani Paakaula
24           Esther Paakaula
25           Johanna Kim
```

```
 1      A.   Between '93 and '94.
 2      Q.   So after '93 or '94 when he bid out, did
 3 you ever have an occasion to see him again?
 4      A.   No -- in passing.
 5      Q.   What do you mean by "passing"?  At the
 6 workplace?  Out?
 7      A.   At the workplace.
 8      Q.   Did that cause you stress?
 9      A.   Yes.
10      Q.   What would you do?
11      A.   Go the other way.
12      Q.   Did Rodney ever purposefully come into
13 your vicinity to cause you stress?
14      A.   I don't know.
15      Q.   Between 1993 or 1994 when Rodney left up
16 until 1999, did you ever have an incident that you
17 reported to management about your stress?
18      A.   I don't recall.
19      Q.   In 1999, there was another incident that
20 occurred?
21      A.   Yes.
22      Q.   Tell me about that incident.
23      A.   I went to file a sexual harassment on a
24 supervisor, Brian Conant.  I was called into the
25 office by Bob DePonte.  Meni Ortiz was there.
```

```
 1        Q.    I'm sorry.  Who was?
 2        A.    Meni Ortiz.  The shop steward.  I
 3   didn't have my notes.  I asked to leave.  Bob
 4   DePonte said I couldn't.  I had to stay there and
 5   give a statement.  I kept asking to leave, and he
 6   said he would send in -- he flashed a badge and
 7   said he would send in a sexual harassment team.
 8              I started feeling this symptoms coming
 9   on.  I asked to leave.  And he said, No.  You have
10   to stay.  He let Meni leave.
11        Q.    Is that Meni or Manny?
12        A.    Meni.
13        Q.    M-I-N-N-I-E?
14        A.    Yes.  So I ended up staying in there on
15   overtime, because I didn't finish.  He told me I
16   had to come back the next day.  So he called me
17   back in the next day, and they asked for a
18   steward.  Brian Conant said, No.
19              I went to Bob DePonte's office.  On the
20   way there, I talked to my girlfriend, Bonnie Kua.
21        Q.    Could you spell the last name for me?
22        A.    K-U-A.  And I asked her if she'd seen
23   any stewards, can you let them know that I had to
24   go in to Bob DePonte's office.
25              While I was in the office writing my
```

1  statement, James Waimau came to the door.
2       Q.   Could you spell the last name for me?
3       A.   W-A-I-M-A-U.  He came to the door and he
4  asked to come and see -- he asked Bob DePonte if
5  he could see me to see if I was all right.
6            At first, Bob DePonte wouldn't allow
7  James into the room.  And they started arguing.
8  And James said that as an APW union steward, he
9  could come to represent me.
10           Then he came over and asked me if I was
11 all right.  And I said, yeah, I was okay.
12           Bob DePonte didn't want him there.  And
13 he called James.  The supervisor, Lori Fines, came
14 to the room.  And they were looking to remove
15 James.
16           And they called my supervisor, Brian
17 Conant, to come in to remove James from the room.
18 And Bob told James -- no -- Bob told Brian -- gave
19 him an order to remove James from the room.  There
20 was some yelling.
21           And then Brian Conant went to physically
22 grab James Waimau, and my symptoms all came back.
23           Lori Fines said something about James
24 couldn't stay in the room with me.  James told
25 DePonte that Brian couldn't be in the room because

```
 1  I was filing against Brian.
 2          That's when Brian left.  Then Lori Fines
 3  and Bob DePonte was whispering stuff.  And they
 4  told James, told him something.
 5          He asked -- James asked me if I was
 6  okay.  He wanted him to go out of the room a
 7  little, while until I finished my statement.
 8          When I was done, James signed my
 9  statement.  And then they gave me a copy and I
10  went home.  And I was sick already.  I went home.
11      Q.  The sexual harassment claim, that
12  revolved around one incident between you and
13  Brian; isn't that right?
14      A.  Yes.
15      Q.  And that was an incident in which Brian
16  asked you to lift up your hair so he could see
17  whether you're wearing a head set; is that
18  correct?
19      A.  That's what he said.
20      Q.  Did he touch your hair?
21      A.  No.
22      Q.  Did he touch your body?
23      A.  There's a machine like this between us
24  (indicating).
25      Q.  Let the record reflect that the witness
```

```
 1  has pointed to the conference room as indicating
 2  the machine that she's about to describe.
 3           Go ahead, Ms. Paakaula.
 4      A.   The machine was between us.  He yelled
 5  across the machine, Lift up your hair.  And I was
 6  wondering, why was he telling me this?
 7           Then he said, Lift up your other side.
 8  And I looked at him.  I was wondering what that
 9  was all about?  He mumbled something and he walked
10  off.
11      Q.   Did you actually lift up your hair so he
12  could see?
13      A.   Yes.
14      Q.   Prior to that, did he direct you to go
15  to a certain location?
16      A.   No.
17      Q.   Prior to that, you had no interaction
18  with him?
19      A.   He gave out the assignments.  That's all
20  I remember.
21      Q.   Did you ever tell him, What, when he
22  gave you an assignment right before he asked you
23  to lift up your hair?
24      A.   Yes.
25      Q.   So he said -- he probably gave you an
```

```
 1  assignment, and you said, What?  And then what did
 2  he say in return?  Is that when --
 3       A.    Lift up your other side.
 4       Q.    Lift up your other side is what you said?
 5       A.    Yes.  My hair.
 6       Q.    And did you lift up the other side of
 7  your hair?
 8       A.    Yes.
 9       Q.    Then what happened?
10       A.    He walked off.  He mumbled and walked
11  off.  I don't know what that was all about.
12       Q.    And that's all he did?
13       A.    Yeah.
14       Q.    And that's why you filed the sexual
15  harassment claim; is that right?
16       A.    Yes.
17       Q.    Did you ever file an EEO as a result of
18  that matter?
19       A.    Yes.
20       Q.    Who did you identify as the responsible
21  officials?
22       A.    I don't recall.
23       Q.    Brian?
24       A.    I don't recall.
25       Q.    Did the EEO claim -- did you ever pursue
```

```
 1  it to a hearing, like you're pursuing this one
 2  here?
 3       A.   No.
 4       Q.   Why not?
 5       A.   When they changed heads -- this is the
 6  EEO people.  At that time, when I did file it, it
 7  was with Nancy Kurashige, and she was replaced
 8  with Myron Matsumoto.  Somewhere in between there,
 9  it just fell through the cracks.
10       Q.   But did you request a hearing with that
11  EEO?
12       A.   No, I don't remember, I don't recall.
13       Q.   Nothing ever became of that --
14       A.   No.
15       Q.   -- EEO; is that correct?
16       A.   Yes.
17       Q.   So I believe you stated earlier that you
18  started experiencing the symptoms, some of the
19  symptoms that you had described earlier when Brian
20  was about to grab James; is that correct?
21       A.   Yes.
22       Q.   But did Brian ever grab James?  Did he
23  ever touch him?
24       A.   No, he was about to.
25       Q.   That's when you started to have symptoms?
```

```
 1   Then they put me out in October 2002.  And they
 2   brought me back in January.  Put me in Kahala.
 3   And moved me to Sand Island.  Then brought me back
 4   to the plant in June of 2003.  And after one
 5   month -- June through July, he cut my hours to
 6   only six hours a day.
 7        And in July, he said not to report to
 8   work.  He couldn't accommodate me.
 9        Q.   But why do you believe you were
10   retaliated against?
11        A.   Because my EEO was in place.
12        Q.   Do you have any knowledge that, or
13   evidence that Halford Shimabukuno knew that you
14   had filed an EEO, a prior EEO?
15        A.   Not to my knowledge.
16        Q.   What about Mark Morello, same question?
17   Do you have any evidence that he knew about your
18   prior EEO?
19        A.   No.
20        Q.   What about Lloyd Nakata?  Do you have
21   any evidence that he knew about your prior EEO?
22        A.   I don't know.  I don't know.
23        Q.   Do you have any evidence that he knew?
24        A.   No.
25        Q.   You said you were put out on October of
```