# Exhibit "F"
## (to Declaration of Rachel S. Moriyama)

1

1    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

2    SAN FRANCISCO DISTRICT OFFICE

3    350 THE EMBARCADERO, SUITE 500

4    SAN FRANCISCO, CA 94105                COPY

5

6    _____

7    LORI L. PAAKAULA            ) EEOC NO. 370-2003-02413X
     86-119 Hokuukali Street     )
8    Waianae, HI 96792           )
                                 )
9          Complainant           ) AGENCY NO. 1F-968-0012-03
                                 )
10   v.                          )
                                 )
11   JOHN E. POTTER, POSTMASTER  )
     GENERAL, U.S. POSTAL SERVICE)
12                               )
           Respondent            )
13   _____)

14

15

                    HEARING RE LORI PAAKAULA
16
                  TUESDAY, DECEMBER 16, 2003
17

18

     Held at the USPS Main Post Office, 3600 Aolele Street,
19
     Honolulu, Hawaii, commencing at 9:22 a.m.
20

21

     BEFORE:   ADMINISTRATIVE JUDGE VIRGINIA MELLEMA
22

23

24   REPORTED BY:   DIANE M. BAKER, RPR, CSR 341
                    Notary Public, State of Hawaii
25                  EXHIBIT "F"

```
 1                    A P P E A R A N C E S

 2

 3

 4        ADMINISTRATIVE JUDGE:

 5              VIRGINIA MELLEMA
                United States Equal Employment
 6                  Opportunity Commission
                San Francisco District Office
 7              350 The Embarcadero, Suite 500
                San Francisco, California 94105
 8              (415) 625-5639

 9

10

11        For COMPLAINANT:

12              CLAYTON C. IKEI, ESQ.
                1203 Pacific Guardian Tower
                1440 Kapiolani Boulevard
13              Honolulu, Hawaii 96814
                (808) 533-3777
14

15

16        For RESPONDENT:

17              DIANA M. GARCIA, ESQ.
                USPS Law Department, Pacific Area Office
18              390 Main Street
                Suite 740
19              San Francisco, California 94105-5001
                (415) 764-3600
20

21

22        ALSO PRESENT:

23              LORI L. PAAKAULA
                RAE KATANO
24

25
```

3

1                         I N D E X

2

3

4                     LLOYD NAKATA

5

6    DIRECT EXAMINATION ...... MR. IKEI ........    11

7    CROSS-EXAMINATION ....... MS. GARCIA ......    31

8    REDIRECT EXAMINATION .... MR. IKEI ........    37

9    RECROSS-EXAMINATION ..... MS. GARCIA ......    40

10

11

12                    LORI PAAKAULA

13

14   DIRECT EXAMINATION ...... MR. IKEI ........    42

15   CROSS-EXAMINATION ....... MS. GARCIA ......    65

16   REDIRECT EXAMINATION .... MR. IKEI ........   112

17   RECROSS-EXAMINATION ..... MS. GARCIA ......   115

18

19

20                 KEONI PAALAULA-LOZIER

21

22   DIRECT EXAMINATION ...... MR. IKEI ........   118

23   CROSS-EXAMINATION ....... MS. GARCIA ......   125

24

25

4

1                          I N D E X

2

3

4               HALFORD SHIMABUKURO

5

6       DIRECT EXAMINATION ...... MS. GARCIA ......     133

7       CROSS-EXAMINATION ....... MR. IKEI ........     151

8       REDIRECT EXAMINATION .... MS. GARCIA ......     165

9       RECROSS-EXAMINATION ..... MR. IKEI ........     166

10

11

12                    ALAN UENO

13

14       DIRECT EXAMINATION ...... MR. IKEI ........     167

15       CROSS-EXAMINATION ....... MS. GARCIA ......     178

16       REDIRECT EXAMINATION .... MR. IKEI ........     179

17

18

19

20

21

22

23

24

25

76

1    at the plant?

2         A.    In this building, downstairs.

3    Administration.

4         Q.    How long were you working in claims at the

5    district office on tour 2?

6         A.    I can't recollect.

7         Q.    Was it up to a year, or less than a year?

8         A.    More than a year.

9         Q.    After that job, what was your next job?

10        A.    They reassigned me to PL289.

11        Q.    What's PL289?

12        A.    Automations.

13        Q.    On tour 2?

14        A.    Tour 2.

15        Q.    In the plant?

16        A.    In the front of the building, yes.

17        Q.    So at some point, there was a reduction in

18   force in PL289 on tour 2; is that correct?

19        A.    Yes.

20        Q.    So you and other employees were required,

21   because of seniority, to bid out or you were reassigned

22   to a different time; is that correct?

23        A.    Yes.

24        Q.    What did you do?

25        A.    When they had given me the notice that I