EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

RACHEL S. MORIYAMA  3802
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Rachel.Moriyama@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LORI L. PAAKAULA, | ) | CIVIL NO. 04-00071 SPK-LEK |
| | ) | |
| Plaintiff, | ) | SEPARATE AND CONCISE STATEMENT |
| | ) | OF FACTS IN SUPPORT OF |
| vs. | ) | DEFENDANT'S MOTION TO DISMISS |
| | ) | COMPLAINT AND/OR FOR SUMMARY |
| JOHN E. POTTER, in his | ) | JUDGMENT; CERTIFICATE OF |
| official capacity as the | ) | SERVICE |
| Postmaster General of the | ) | |
| United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

SEPARATE AND CONCISE STATEMENT OF FACTS
IN SUPPORT OF DEFENDANT'S MOTION
TO DISMISS COMPLAINT AND/OR FOR SUMMARY JUDGMENT

        Pursuant to Rule 56.1 of the Rules of the United States

District Court for the District of Hawaii, Defendant hereby

submits its Separate and Concise Statement of Facts in Support of

Defendant's Motion to Dismiss Complaint and/or for Summary

Judgment.

| FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 1.  This employment discrimination Complaint is based on Plaintiff's claim that the United States Postal Service(USPS) violated the Rehabilitation Act when it attempted to reassign Plaintiff to a work shift and pay location that could have exposed her to two USPS co-workers, Rodney Lau and Anna Lau, who caused or could aggravate Plaintiff's claimed mental disability of post-traumatic stress disorder (PTSD). | See Complaint at ¶s 8-9, 12 and 16. |
| 2.  Plaintiff filed a third claim with the Office of Workers Compensation Program ("OWCP"), United States Department of Labor (USDOL), for workers compensation benefits under the Federal Employees Compensation Act (FECA) on October 5, 2002, based on her claimed work-related disease (PTSD). | See the Declaration of Alan Y. Ueno (herein-after the "Ueno Declaration") at ¶ 8 and Exhibit "A". |
| 3.  The OCWP initially denied Plaintiff's FECA Claim #3. | See the Ueno Declaration at ¶ 9. |
| 4.  On December 23, 2003, the OCWP granted Plaintiff's request for reconsideration, vacated its earlier April 7, 2003 and June 2, 2003 decisions, and accepted Plaintiff's FECA Claim #3. | See the Ueno Declaration at ¶ 10 and Exhibit "C". |

| FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 5.    Plaintiff has received full workers compensation benefits for her claimed work-related mental disability (PTSD and panic disorder) arising out of the USPS' proposal to reassign her in June 2002. | See the Ueno Declaration at ¶ 12. |
| 6.    Based on OWCP's acceptance of Plaintiff's FECA Claim #3, and her medical restrictions relating to her PTSD, Plaintiff was offered and she has accepted a Joint USDOL/USPS Rehabilitation Program position at the Sand Island Post Office.  Plaintiff has been working full-time as a distribution clerk in that position since January 19, 2004. | See the Ueno Declaration at ¶ 11 and Exhibit "D". |
| 7.    Based on OWCP's acceptance of Plaintiff's FECA Claim #3, Plaintiff has received full compensation for the total wage loss that she suffered during the period she was unable to work as a result of her PTSD.  All medical treatment for her PTSD has been covered, and will continue to be covered, at no cost to Plaintiff. | See the Ueno Declaration at ¶ 12. |
| 8.    Plaintiff did not file an informal Equal Employment Opportunity (EEO) complaint until September 9, 2002, after the alleged adverse action (i.e., the USPS's proposal to reassign Plaintiff in June 2002). | See the Complaint at ¶ 18. |

| FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 9. Plaintiff admitted that she had no evidence that any of the USPS supervisors involved in the June 2002 attempted reassignment were aware that she had filed any EEO action. | See excerpts of the Deposition of Lori Paakaula, taken on November 20, 2003, at 112:9-24, a copy of which is attached as Exhibit "E" to the Declaration of Rachel Moriyama. |

DATED: January 27, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Rachel S. Moriyama

By_____
    RACHEL S. MORIYAMA
    Assistant U.S. Attorney

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LORI L. PAAKAULA, | ) | CIVIL NO. 04-00071 SPK-LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN E. POTTER, in his | ) | |
| official capacity as the | ) | |
| Postmaster General of the | ) | |
| United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that, on the date and by the methods

of service noted below, a true and correct copy of the foregoing

was served on the following at their last known addresses:

        Served Electronically through CM/ECF:

                Clayton C. Ikei CCIOffice@hawaii.rr.com
                                        January 27, 2006

        Served by First Class Mail

                Jerry P.S. Chang          January 27, 2006
                1440 Kapiolani Blvd., Suite 1203
                Honolulu, Hawaii 96814

        DATED:  January 27, 2006, at Honolulu, Hawaii.


                                /s/ Jan Yoneda

                                _____