IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LORI L. PAAKAULA, | ) | CIVIL NO. 04-00071 SPK-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN E. POTTER, in his official | ) | |
| capacity as the Postmaster General of | ) | |
| the United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING DEFENDANT'S <u>EX</u> <u>PARTE</u> MOTION FOR LEAVE
TO FILE LATE DISPOSITIVE MOTION, AND VACATING TRIAL DATE

Based upon Defendant's <u>Ex</u> <u>Parte</u> Motion for Leave To File Late Dispositive

Motion and To Shorten Time for Hearing and/or to Continue Trial Date, and good

cause appearing therefor,

IT IS HEREBY ORDERED that:

1.  Defendant's <u>Ex</u> <u>Parte</u> Motion for Leave To File Late Dispositive Motion

and To Shorten Time for Hearing and/or to Continue Trial Date is GRANTED; the

dispositive motion is deemed filed and the trial date vacated.  The request to

shorten time is moot.

2.  Defendant's Motion to Dismiss Complaint and/or for Entry of Summary

Judgment shall be heard before the Honorable Samuel P. King, Senior United States District Judge, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on **April 7, 2006, at 10:00 a.m.**, or as soon thereafter as counsel may be heard; and

3.  The current March 14, 2006, jury trial date and all other trial-related deadlines are hereby VACATED, subject to re-setting as needed by order of this Court.

IT IS SO ORDERED.

DATED:  February 1, 2006.



Samuel P. King
Senior United States District Judge