**ORIGINAL**

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI     1260
JERRY P.S. CHANG    6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone No. (808) 533-3777
Facsimile No. (808) 521-7245
E-mail: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
LORI L. PAAKAULA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 8 2006

at 2 o'clock and 16 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LORI L. PAAKAULA,<br><br>    Plaintiff,<br><br>        v.<br><br>JOHN E. POTTER,<br>in his official capacity as<br>the Postmaster General of the<br>United States Postal Service,<br><br>    Defendant. | CIVIL NO. 04-00071 SPK LEK<br><br>NOTICE OF NON-HEARING MOTION;<br>PLAINTIFF'S MOTION TO<br>RECONSIDER ORDER GRANTING<br>DEFENDANT'S EX PARTE MOTION<br>FOR LEAVE TO FILE LATE<br>DISPOSITIVE MOTION AND<br>VACATING TRIAL DATE;<br>CERTIFICATE OF SERVICE<br><br>(NON-HEARING MOTION)<br><br>Trial Date: March 14, 2006 |

4973

## NOTICE OF NON-HEARING MOTION

PLEASE TAKE NOTICE that the undersigned has brought the following non-hearing motion before the Honorable Samuel P. King, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii.

NOTICE IS FURTHER GIVEN that pursuant to LR 7.4, an opposition to a non-hearing motion shall be served and filed not more than eleven (11) days after service of this motion.

DATED:   Honolulu, Hawaii, February 8, 2006.

/s/

CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
LORI K. PAAKAULA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LORI L. PAAKAULA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN E. POTTER,<br>in his official capacity as<br>the Postmaster General of the<br>United States Postal Service,<br><br>    Defendant. | ) CIVIL NO. 04-00071 SPK LEK<br>)<br>) PLAINTIFF'S MOTION TO<br>) RECONSIDER ORDER GRANTING<br>) DEFENDANT'S EX PARTE MOTION<br>) FOR LEAVE TO FILE LATE<br>) DISPOSITIVE MOTION AND<br>) VACATING TRIAL DATE<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO RECONSIDER ORDER
GRANTING DEFENDANT'S EX PARTE MOTION FOR LEAVE
TO FILE LATE DISPOSITIVE MOTION AND VACATING TRIAL DATE**

Comes now Plaintiff Lori L. Paakaula, by and through her counsel, to make her Motion to Reconsider Order Granting Defendant's Ex Parte Motion for Leave to File Late Dispositive Motion and Vacating Trial Date. Plaintiff seeks reconsideration of the Order as it pertains to vacating the trial date.

This Motion is made pursuant to Fed.R.Civ.P. 7 and 60(b), LR 7.2, and is supported by the attached memorandum of law, declaration and the records and files herein.

DATED: Honolulu, Hawaii, February 8, 2006.

                                                  CLAYTON C. IKEI
                                                JERRY P.S. CHANG
                                                Attorneys for Plaintif
                                                LORI L. PAAKAULA