

**ORIGINAL**

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI     1260
JERRY P.S. CHANG    6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone No. (808) 533-3777
Facsimile No. (808) 521-7245
E-mail: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
LORI L. PAAKAULA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 10 2006

at 3 o'clock and 3 min. M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LORI L. PAAKAULA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN E. POTTER, in his official capacity as the Postmaster General of the United States Postal Service,<br><br>　　　　　Defendant. | CIVIL NO. 04-00071 SPK LEK<br><br>PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT AND/OR FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE<br><br>**DATE:**　April 7, 2006<br>**TIME:**　10:00 a.m.<br>**JUDGE:**　Samuel P. King |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS COMPLAINT
AND/OR FOR SUMMARY JUDGMENT**

Comes now Plaintiff LORI L. PAAKAULA, by and through her counsel hereby submits her Memorandum in Opposition to Defendant's Motion Dismiss Complaint And/or for Summary Judgment.