**TABLE OF CONTENTS**

I.   STATEMENT OF THE CASE . . . . . . . . . . . . . . . . 1

II.  ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . 4

    A.   Standard of Review . . . . . . . . . . . . . . . . 4

        1.   Motion to Dismiss under Fed. R. Civ. P. 12
            (b)(1) . . . . . . . . . . . . . . . . . . . . 4

        2.   Motion to Dismiss under Fed. R. Civ. P. 12
            (b)(6) . . . . . . . . . . . . . . . . . . . . 5

        3.   Summary Judgment . . . . . . . . . . . . . . . 6

    B.   FECA Does Not Preclude Plaintiff's Claims of
        Disability Discrimination Under the Rehabilitation
        Act . . . . . . . . . . . . . . . . . . . . . . . . 7

    C.   Plaintiff's Reprisal Claims . . . . . . . . . . . 17

III. CONCLUSION . . . . . . . . . . . . . . . . . . . . . . 20

## TABLE OF AUTHORITIES

**CASES**

Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 91 L.Ed.2d 202, 106 S.Ct. 2505 (1986) . . . . . . . . . . . . . . . . . . . . . . 7

Celetox Corp. v. Catrett, 477 U.S. 317, 91 L.Ed.2d 265, 106 S.Ct. 2548 (1986) . . . . . . . . . . . . . . . . . . . . . . . . 7

Conley v. Gibson, 355 U.S. 41, 2 L.Ed. 2d 80, 78 S.Ct. 99 (1957) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Coons v. Sec'y of the United States Dep't. of the Treasury, 383 F.3d 879 (9th Cir. 2004) . . . . . . . . . . . . . . . . . . 18

Dubee v. Henderson, 56 F.Supp. 2d 430 (D.Vt. 1999) . . . . 13-14

Ft. Vancouver Plywood Co. v. United States, 747 F.2d 547, 552 (9th Cir. 1987) . . . . . . . . . . . . . . . . . . . . . . . . . 6

Grazioli v. Genuine Parts Co., 2005 U.S. Dist. LEXIS 37503*, 97 Fair Empl. Prac. Cas. (BNA) 323 (D. N.J. 2005) . . . . . . 18

KVOS, Inc. v. Associated Press, 199 U.S. 129, 81 L.Ed. 183, 57 S.Ct. 197 (1936) . . . . . . . . . . . . . . . . . . . . . . . . 4

Matsushita Electronic Industries Co. v. Zenith Radio Corp., 475 U.S. 574, 89 L.Ed.2d 538, 106 S.Ct. 1348 (1986) . . . . . . 6

Miller v. Bolger, 802 F. 2d 660 (3d Cir. 1986) . . 12-13, 15-17

Morris v. Roche, 182 F. Supp. 2d 1260 (M.D. Ga. 2002) . . . 9-14

Nichols v. Frank, 42 F.3d 503 (9th Cir. 1994) . . . . . . . . 15

Nix v. WLCY Radio/ Rahall Communications, 738 F.2d 1191 (11th Cir. 1984) . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Reidy v. Runyon, 971 F.Supp. 760 (E.D. N.Y. 1997) . . . . . . 17

Stock West, Inc. v. Confederated Tribes, 873 F.2d 1221 (9th Cir. 1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Thornhill Publishing Co. v. General Telephone & Electronics Corp., 594 F.2d 730 (9th Cir. 1979) . . . . . . . . . . . . . . 5

Western Reserve Oil & Gas Co. v. New, 765 F.2d 1428, (9th Cir. 1985) cert. denied, 474 U.S. 1056, 88 L.Ed.2d 773, 106 S.Ct. 795 (1986) . . . . . . . . . . . . . . . . . . . . . . . . 5

**STATUTES**

42 U.S.C. § 1981a . . . . . . . . . . . . . . . . . . . . 12

42 U.S.C. § 794(a) . . . . . . . . . . . . . . . . . . . 12

Civil Rights Act of 1964, 42 U.S.C. 2000e-5(g) . . . . 12, 15-16

Federal Employees's Compensation Act

    5 U.S.C. § 8101 . . . . . . . . . . . . . . . . . . . 7-8

    5 U.S.C. § 8101(5) . . . . . . . . . . . . . . . . . 10-11

    5 U.S.C. § 8102 . . . . . . . . . . . . . . . . . . . . 8

    5 U.S.C. § 8106 . . . . . . . . . . . . . . . . . . . . 8

    5 U.S.C. § 8110 . . . . . . . . . . . . . . . . . . . 8-9

    5 U.S.C. § 8116 . . . . . . . . . . . . . . . . . . . . 9

    5 U.S.C. § 8116(c) . . . . . . . . . . . . . . . 10-11, 15-16

    5 U.S.C. § 8128(b) . . . . . . . . . . . . . . . . . . 10

Rehabilitation Act of 1973, 29 U.S.C. § 706 et seq. . . 4, 11-12

**RULES**

Fed. R. Civ. P. 12(b)(1) . . . . . . . . . . . . . . . . 4-5

Fed. R. Civ. P. 12(b)(6) . . . . . . . . . . . . . . . . 5-6

Fed. R. Civ. P. 56 . . . . . . . . . . . . . . . . . . . 6

Fed. R. Civ. P. 56(c) . . . . . . . . . . . . . . . . . . 6

**OTHER SOURCES**

H.R. Rep. No. 238, 92nd Cong., 2d Sess. . . . . . . . . . . . 17

S. Rep. No. 836 81st Cong., 1st Sess. (1949) reprinted in 1949
U.S.C.C.A.N. 2135, 2136 and 2143 . . . . . . . . . . . . 11, 16