IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LORI L. PAAKAULA, | ) CIVIL NO. 04-00071 SPK LEK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) |
| JOHN E. POTTER, in his official capacity as the Postmaster General of the United States Postal Service, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that the original and a copy of the forgoing document was duly served upon the following individuals, at their last known address, by depositing in the U.S. mail, postage prepaid, on February 10, 2006:

TO: EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii
RACHEL MORIYAMA
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Attorneys for Defendant
JOHN E. POTTER, in his official capacity
as the Postmaster General
of the United States Postal Service

DATED:   Honolulu, Hawaii, February 10, 2006.

CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
LORI L. PAAKAULA