**ORIGINAL**

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI      1260
JERRY P.S. CHANG     6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone No. (808) 533-3777
Facsimile No. (808) 521-7245
E-mail:  CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
LORI L. PAAKAULA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 0 2006

at __ o'clock and __ min __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LORI L. PAAKAULA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN E. POTTER, in his<br>official capacity as the<br>Postmaster General of the<br>United States Postal Service,<br><br>　　　　Defendant. | CIVIL NO. 04-00071 SPK LEK<br><br>PLAINTIFF'S SEPARATE AND<br>CONCISE STATEMENT OF FACTS IN<br>OPPOSITION TO DEFENDANT'S<br>MOTION TO DISMISS AND/OR FOR<br>SUMMARY JUDGMENT; DECLARATION<br>OF LORI L. PAAKAULA;<br>DECLARATION OF JERRY P.S.<br>CHANG; EXHIBITS A - B<br><br>**DATE**:   April, 7, 2006<br>**TIME**:   10:00 a.m.<br>**JUDGE**:  Samuel P. King |

**PLAINTIFF'S SEPARATE AND CONCISE STATEMENT OF FACTS
IN OPPOSITION TO DEFENDANT'S MOTION
TO DISMISS AND/OR FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1, Plaintiff LORI L. PAAKAULA by and through his counsel, hereby submits his Separate and Concise Statement of Facts in Opposition to Defendant's Motion for Summary Judgment.

| FACT | EVIDENCE |
|---|---|
| 1. ADMITTED. | |
| 2. ADMITTED. | |
| 3. ADMITTED. | |
| 4. ADMITTED. | |
| 5. ADMITTED. | |
| 6. ADMITTED. | |
| 7. DENIED. Plaintiff has received seventy-five percent of her lost wages during the period she was unable to work as a result of her PTSD. Plaintiff did not receive approximately $10,000 of her lost wages. | Paakaula decl. ¶ 4 |
| 8. DENIED. Plaintiff filed an EEO complaint in 1999 for sexual harassment against Brian Conant. | Paakaula decl. ¶ 14; Ex. B |
| 9. PARTIALLY DENIED. Plaintiff testified that she didn't know if Lloyd Nakata knew about her prior EEO complaint. See 15 below. | **Def. Ex. E** at 112:20-24. |
| **PLAINTIFF'S ADDITIONAL STATEMENTS OF FACT** | |
| 10. Plaintiff lost the benefit of contributions to her retirement plan while she was forced to take leave without pay. | Paakaula decl. ¶ 5 |
| 11. Plaintiff was forced to sell one of her homes because she had no income during the time she was forced to take leave without pay. | Paakaula decl. ¶ 12 |
| 12. Defendant's refusal to accommodate Plaintiff's disability caused her to resume taking medications and to resume seeing her psychologist to treat her PTSD after being symptom-free for about a year. | Paakaula decl. ¶¶ 7-9 |

| FACT | EVIDENCE |
|---|---|
| **13.** Plaintiff suffered a recurrence of crying spells, a return of irritable bowel syndrome and vomiting after learning of her assignment in 2002. She also suffered a recurrence of her fear to leave her home. | Paakaula decl. ¶ 8 |
| **14.** Plaintiff was required to alter her life to accommodate her medication schedule because of Defendant's refusal to accommodate her disability. | Paakaula decl. ¶ 9 |
| **15.** Alen Ueno was a member of the DRAC and was aware of the circumstances of Plaintiff's prior EEO regarding her supervisors Brian Conant and Bob DePonte. Nakata also served on the DRAC. | Ueno decl. ¶¶ 1, 7; Ex. A (Nakata depo) at 10:2-23. |

DATED: Honolulu, Hawaii February 10, 2006.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
LORI L. PAAKAULA