IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LORI L. PAAKAULA, | ) CIVIL NO. 04-00071 SPK LEK </br> ) |
| Plaintiff, | ) DECLARATION OF JERRY P.S. </br> ) CHANG |
| v. | ) </br> ) |
| JOHN E. POTTER, in his official capacity as the Postmaster General of the United States Postal Service, | ) </br> ) </br> ) </br> ) </br> ) |
| Defendant. | ) |

## DECLARATION OF JERRY P.S. CHANG

I, JERRY P.S. CHANG, under penalty of perjury, affirm that the following is true and correct.

1. I am an attorney licensed to practice law in the State of Hawaii and authorized to appear before this court. I am one of the attorneys who represents Plaintiff Lori L. Paakaula in the above-entitled action.

2. Exhibit "A" attached hereto is a true and correct copy of excerpts from the deposition of Lloyd I. Nakata taken December 1, 2003 in EEOC No. 370-200300241X.

DATED: Honolulu, Hawaii, February 9, 2006.

JERRY P.S. CHANG