EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
901 MARKET STREET, SUITE 500
SAN FRANCISCO, CALIFORNIA 94103

COPY

LORI L. PAAKAULA, ) EEOC No. 370-2003-0241X
) AGENCY NO. 4F-968-0012-03
Complainant, )
)
v. )
)
JOHN E POTTER, )
Postmaster General of )
the U.S. Postal Service, )
)
Agency. )
)
_______________________________)

DEPOSITION OF LLOYD I. NAKATA

Taken on behalf of Complainant Lori L. Paakaula at the offices of Clayton C. Ikei, Esq., 1440 Kapiolani Boulevard, Suite 1203, Honolulu, Hawaii, 96814, commencing at 9:35 a.m. on Monday, December 1, 2003.

REPORTED BY: Joan Izumigawa, CSR 136
Notary Public, State of Hawaii

EXHIBIT A

A. Yes, it was.

Q. Are you the -- are you a member of the district reasonable accommodation committee?

A. Yes, I am.

Q. How long have you been a member of the district reasonable accommodation committee?

A. I'd say a little over 2 years. Since about 2001. 2000, 2001, right around there.

Q. Have you been designated as a member, or do you hold a position within that committee?

A. I hold a position of cochair in the committee.

Q. How long have you held the position of cochair?

A. Since I was appointed back in 2000 or 2001.

Q. What are your functions as the cochair?

A. Basically, as the cochair, we handle scheduling the meetings. We're -- when I say "we," because I'm a cochair. We're a contact point where a lot of the correspondence would come in, and then we'd coordinate meetings, call together the other members. And basically we preside over the DRAC committee meetings.

Q. When you say "DRAC," are you referring to district reasonable accommodation committee?

STATE OF HAWAII )

CITY AND COUNTY OF HONOLULU )

I, JOAN IZUMIGAWA, Notary Public in and for the State of Hawaii, CSR No. 136, do hereby certify:

That on Monday, December 1, 2003, at 9:35 a.m., appeared before me LLOYD I. NAKATA, the witness whose deposition is contained herein; that prior to being examined, he was duly sworn to tell the truth, the whole truth, and nothing but the truth in his deposition;

That the deposition was reported by me in machine shorthand at the time and place stated herein and was thereafter reduced to writing under my supervision; that the foregoing is a true and correct transcript of the proceedings had.

I further certify that I am not attorney for any of the parties hereto nor in any way interested in the outcome of the pending cause.

Dated this 6th day of December 2003 at Honolulu, Hawaii.

Joan Izumigawa

Notary Public, State of Hawaii

My commission expires: August 18, 2006