DISTRICT MANAGER
HONOLULU DISTRICT

**UNITED STATES**
**POSTAL SERVICE**

December 6, 1999

Mr. Robert D. Dods, Staff Assistant
To Senator Daniel K. Inouye
Prince Kuhio Federal Building
300 Ala Moana Blvd Room 7325
Honolulu HI 96850-4975

Dear Mr. Dods:

The following information is provided in response to your inquiry of November 8, 1999, on behalf of Ms. Lori L Paakaula, currently a Parcel Post Distribution Machine Clerk, assigned to the Honolulu Processing and Distribution Center (P&DC):

1.  On July 17, 1993 Ms. Paakaula was a letter sorting machine (LSM) operator keying mail on console #10 when she witnessed an altercation between two employees. On July 24, 1993, Ms. Paakaula filed a fear and anxiety OWCP claim because she had to work next to the instigator after the incident. On October 13, 1993, the claim was initially rejected because there was not enough evidence to show that Ms. Paakaula's diagnosed condition occurred in and arose out of the performance of her duties. On September 9, 1994, after a hearing, the claim was accepted as post-traumatic stress disorder.

2.  On October 28, 1999, we received her claim for recurrence of her 1993 OWCP disability. She claimed recurrence because her supervisor questioned her about using a headset on September 22, 1999, and the supervisor's manager attempted to get a statement from her regarding that incident. On November 5, her completed claim forms were mailed to OWCP. Based on past history, OWCP will probably make a decision in January or February 2000.

3.  Ms. Paakaula contacted EEO, so appropriate forms were mailed to her on November 15, 1999.

4.  Since November 19, 1999, Ms. Paakaula has been assigned temporarily to the Waianae Post Office where she will not have contact with her P&DC supervisor and manager. Besides living in Waianae, she has a sister that works there as a clerk and acting supervisor.

I trust this information is helpful in responding to Ms. Paakaula's concerns.

Sincerely,

Edward L. Broglio

3600 AOLELE STREET RM 211
HONOLULU HI 96820-3600
(808) 423-3700
FAX: (808) 423-3708

EXHIBIT B