IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LORI L. PAAKAULA, | ) | CIVIL NO. 04-00071 SPK-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN E. POTTER, in his official capacity as the Postmaster General of the United States Postal Service, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff Lori Paakaula moves for reconsideration of this Court's order continuing the trial date in this matter. The motion is DENIED. The Court is not available in any event for trial the week beginning March 13, 2006. The Court prefers to hear the pending motion for summary judgment before resetting a trial date.

IT IS SO ORDERED.

DATED: February 27, 2006.



_____
Samuel P. King
Senior United States District Judge