EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

RACHEL S. MORIYAMA  3802
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Rachel.Moriyama@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LORI L. PAAKAULA, | ) | CIVIL NO. 04-00071 SPK-LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S LR7.8 CITATION OF |
| | ) | SUPPLEMENTAL CASE AUTHORITY IN |
| vs. | ) | SUPPORT OF DEFENDANT'S MOTION |
| | ) | TO DISMISS COMPLAINT AND/OR |
| JOHN E. POTTER, in his | ) | FOR SUMMARY JUDGMENT; EXHIBIT |
| official capacity as the | ) | "A"; CERTIFICATE OF SERVICE |
| Postmaster General of the | ) | |
| United States Postal Service, | ) | |
| | ) | DATE:   April 7, 2006 |
| Defendant. | ) | TIME:   10:00 a.m. |
| | ) | JUDGE:  Samuel P. King |
| | ) | |
| | ) | |

DEFENDANT'S LR7.8 CITATION OF SUPPLEMENTAL CASE
AUTHORITY IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS COMPLAINT AND/OR FOR SUMMARY JUDGMENT

        Pursuant to LR 7.8 of the Local Rules of Practice for

the United States District Court for the District of Hawaii,

Defendant John E. Potter hereby submits case authority in support

of its Motion to Dismiss Complaint and/or for Summary Judgment

(the "Motion") that it was not able to cite in its supporting

memoranda of law and upon which it intends to rely at the hearing on the Motion.

Attached hereto as Exhibit "A" for the Court's consideration is a copy of an Order Granting Defendants' Motion to Dismiss Complaint and Granting Defendants' Motion for Summary Judgment entered by Chief Judge Helen Gillmor in <u>O'Connell v. Potter</u>, Civ. No. 04-00178 HG BMK (D. Hawaii) on March 29, 2006. As the salient facts of the <u>O'Connell</u> case are very similar to the case at bar, Defendant contends that the attached <u>O'Connell</u> decision is persuasive precedent that this Court should follow and similarly dismiss the Complaint as barred by the exclusivity provisions of the Federal Employees Compensation Act (FECA) and enter summary judgment on the Plaintiff's retaliation claim.

DATED:  March 29, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Rachel S. Moriyama

By_____
   RACHEL S. MORIYAMA
   Assistant U.S. Attorney

Attorneys for Defendant
JOHN E. POTTER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LORI L. PAAKAULA, | ) | CIVIL NO. 04-00071 SPK-LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN E. POTTER, in his | ) | |
| official capacity as the | ) | |
| Postmaster General of the | ) | |
| United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Clayton C. Ikei    CCIOffice@hawaii.rr.com
March 29, 2006

Served by First Class Mail:

Jerry P.S. Chang        March 29, 2006
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814

DATED:  March 29, 2006, at Honolulu, Hawaii.

/s/ Jan Yoneda

_____