AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

―――― DISTRICT OF HAWAII ――――

| | |
|---|---|
| LORI L. PAAKAULA, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CIVIL 04-00071SPK-LEK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| JOHN E. POTTER, in his official capacity as the Postmaster General of the United States Postal Service, | May 5, 2006<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant. | |

[✓]   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant John E. Potter, *in his official capacity as the Postmaster General of the United States Postal Service*, and against Plaintiff Lori L. Paakaula, and is entered as pursuant to the "ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT" filed on May 5, 2006.

cc:   All Counsel of Record

| | |
|---|---|
| May 5, 2006 | SUE BEITIA |
| Date | Clerk |
| | *Conrad Chang* (signature) |
| | (By) Deputy Clerk |