**ORIGINAL**

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI        1260
JERRY P.S. CHANG       6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone No. (808) 533-3777
Facsimile No. (808) 521-7245
E-mail: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
LORI L. PAAKAULA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 23 2006
at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LORI L. PAAKAULA, | ) CIVIL NO. 04-00071 SPK LEK |
| Plaintiff, | ) NOTICE OF APPEAL; |
| v. | ) REPRESENTATION STATEMENT |
| JOHN E. POTTER, in his official capacity as the Postmaster General of the United States Postal Service, | ) |
| Defendant. | ) |

### NOTICE OF APPEAL

Notice is hereby given that Lori L. Paakaula, Plaintiff in the above-entitled matter, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Final Judgment entered in this action on May 5, 2006.

\

\

\

DATED: Honolulu, Hawaii, June 23, 2006.

/s/ Clayton C. Ikei
_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
LORI L. PAAKAULA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LORI L. PAAKAULA, | ) CIVIL NO. 04-00071 SPK LEK </br> ) |
| Plaintiff, | ) REPRESENTATION STATEMENT </br> ) |
| v. | ) </br> ) |
| JOHN E. POTTER, in his official capacity as the Postmaster General of the United States Postal Service, | ) </br> ) </br> ) </br> ) </br> ) |
| Defendant. | ) |

## REPRESENTATION STATEMENT

1. Attorneys for Plaintiff  
   Lori L. Paakaula  

   CLAYTON C. IKEI  
   JERRY P.S. CHANG  
   1440 Kapiolani Boulevard  
   Suite 1203  
   Honolulu, Hawaii 96814  
   Telephone No. (808)533-3777  
   Facsimile No. (808)521-7245  

2. Attorneys for Defendant  
   John E. Potter,  
   Postmaster General  
   of the United States  

   EDWARD H. KUBO, JR.  
   United States Attorney  
   District of Hawaii  
   RACHEL MORIYAMA  
   Assistant U.S. Attorney  
   Room 6-100, PJKK Federal Building  
   300 Ala Moana Boulevard  
   Honolulu, Hawaii 96850  
   Telephone No. (808)541-2850  
   Facsimile No. (808)541-3752  

DATED: Honolulu, Hawaii, June 23, 2006.

_/s/ Clayton C. Ikei_  
CLAYTON C. IKEI  
JERRY P.S. CHANG  

Attorneys for Plaintiff  
LORI L. PAAKAULA