AO83

# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

For Internal Use Only

Receipt    235606

Trans      140546

Received From:    **CLAYTON IKEI**

Case Number:

Reference Number:    CV 04-71

|  | Check | 455.00 |
|---|---|---|
|  | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
|  | **Total** | | **455.00** |
|  | Tend | | 455.00 |
|  | Due | | 0.00 |

06/23/2006 10:52:30 AM        Deputy Clerk: bb/AG