**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 28, 2006

To All Counsel of Record as Appellees:

    IN RE:   Lori L. Paakaula vs. John E. Potter, et al.,

              CV 04-00071SPK-LEK

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 06/23/06 .

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                                        Sincerely Yours,
                                        SUE BEITIA, CLERK

                                        by: Laila M. Geronimo
                                        Deputy Clerk

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    Lori L. Paakaula (attorney for appellant)
        w/copy of instructions for civil appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet; CADS