# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** Lori L. Paakaula vs. John E. Potter, et al.,

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CV 04-00071SPK-LEK

II. **DATE NOTICE OF APPEAL FILED:** 06/23/06

   *6-16279*

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**

   DOCKET FEE PAID ON:            AMOUNT:

   NOT PAID YET:                  BILLED:

   U.S. GOVERNMENT APPEAL:        FEE WAIVED:

   WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

   IF YES, SHOW DATE:        & ATTACH COPY OF ORDER/CJA

   WAS F.P. STATUS REVOKED:       DATE:

   WAS F.P. STATUS LIMITED IN SOME FASHION?

   IF YES, EXPLAIN:

   **RECEIVED**
   CLERK, U.S. DISTRICT COURT
   JUL 10 2006
   DISTRICT OF HAWAII

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)