# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: April 10, 2007

To:  United States Court of Appeals    Attn: (✓)  Civil
     For the Ninth Circuit
     Office of the Clerk                    ( )  Criminal
     95 Seventh Street
     San Francisco, California 94103        ( )  Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CV 04-0071SPK-LEK      Appeal No:    06-16277

Short Title:  Paakaula vs. Potter

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | | volumes (✓) original  ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____    Date: _____

cc: counsel