**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 29 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LORI L. PAAKAULA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JOHN E. POTTER, of the United States Postal Service,<br><br>Defendant - Appellee. | No. 06-16217<br><br>D.C. No. CV-04-00071-SPK/LEK<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: HUG, RYMER, and RAWLINSON, Circuit Judges.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 02 2008
at 1 o'clock and 10 min ___ M
SUE BEITIA, CLERK

The panel has unanimously voted to deny the appellant's petition for rehearing. The petition for rehearing is DENIED.