UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 13 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| LORI L. PAAKAULA,<br><br>      Plaintiff - Appellant,<br><br>V.<br><br>JOHN E. POTTER, of the United States Postal Service,<br><br>      Defendant - Appellee. | No. 06-16217<br>D.C. No. CV-04-00071-SPK/LEK<br>District of Hawaii, Honolulu<br><br>**MANDATE** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 19 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

The judgment of this Court, entered 04/16/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Rhonda Roberts
Deputy Clerk